**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | Case No. EDCV 19-0304-CJC (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: April 7, 2020

                                  CORMAC J. CARNEY
                                  U.S. DISTRICT JUDGE