**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RICK HILL, Warden,<br><br>　　　　Respondent. | Case No. EDCV 19-0304-CJC (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 7, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE